Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | Case No. _____ |
| ) | |
| ) | CONFIRMATION HEARING DATE: _____ |
| ) | |
| ) | **ORDER CONFIRMING PLAN** |
| ) | **AND RESOLVING MOTIONS** |
| Debtor(s) ) | |

The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # ____) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

3.   Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $_____ and expenses of $_____, of which $ _____ has been paid, leaving $_____ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

Additional Provisions, if any:

###

*I certify that on _____ I provided this Order to the Trustee for submission to the court.*

_____
Debtor or Debtor's Attorney

Approved*:* _____
              *Trustee*